JS6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIUS FREDRICK,<br>Petitioner,<br>v.<br>WARDEN ET AL,<br>Respondent. | Case No. 5:26-cv-05560-MAR<br><br>JUDGMENT |

Pursuant to the Memorandum Decision and Order Granting Petition and Ordering Immediate Release, **IT IS HEREBY ADJUDGED** that this Petition is **GRANTED**. Respondents are ORDERED to immediately release Petitioner Julius Fredrick (A# 064-652-305) from custody and return any documents or items confiscated from him at the time of his detention. Respondents are ENJOINED from re-detaining Petitioner absent a material change in circumstances and full compliance with 8 C.F.R. §§ 241.4(l)(1), 241.13(i)(1), and due process. Respondents are further ENJOINED from attempting to remove Petitioner to any country other than Nigeria unless Respondents first provide written notice of their intent to do so and a meaningful opportunity to respond in reopened removal proceedings under 8 U.S.C. § 1231(b)(3).

///

///

Dated: November 19, 2026

HON. MARGO A. ROCCONI
United States Magistrate Judge